IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARLENE VARANAVAGE : CIVIL ACTION
:
   v. :
: NO. 02-8353
EMERY AIRFREIGHT CORPORATION, :
et al. :

SCHEDULING ORDER

           AND NOW, this 19th day of August, 2003, following a telephonic conference with counsel, IT IS HEREBY ORDERED:

1. All medical and billing records of plaintiff regarding her May, 2003, surgery shall be produced to defendant on or before **SEPTEMBER 8, 2003**;

2. Motions in Limine shall be filed by **SEPTEMBER 15, 2003**, with **courtesy copies hand delivered to chambers** on the day of filing;

3. A Pretrial Stipulation signed by all counsel, shall be filed by **SEPTEMBER 15, 2003**, with **courtesy copies hand delivered to chambers** on the day of filing. (See Standing Order Re Pretrial Stipulation, attached hereto);

4. Final Pretrial Conference will be held before the undersigned on **MONDAY, SEPTEMBER 29, 2003, at 9:30 a.m.,** in Chambers, Room 3041, United States Courthouse, 601 Market Street, Philadelphia PA, with jury selection to follow immediately thereafter.

5. JURY TRIAL will commence **MONDAY, SEPTEMBER 29, 2003, in Courtroom 5D.**

                                          BY THE COURT:


                                          _____
                                          JACOB P. HART, M.J.

Copies faxed to:
  A. Krantz, Esq.; C. Bogdanoff, Esq.

JUDGE HART'S STANDING ORDER RE PRETRIAL STIPULATION

(JURY TRIAL)

In lieu of pretrial memoranda or a Final Pretrial Order, under Local Rules 16.1(d)(1) and (2), a Pretrial Stipulation shall be submitted, containing the following:

1. Agreed facts. A conscientious effort should be made to narrow the areas of dispute.

2. Each party's disputed facts.

3. Each party's exhibits, as marked for trial. (Any objections to authenticity should be noted or will be considered waived. Exhibits shall be provided to the Court in the form of two, jointly prepared, loose leaf Exhibit Books, each separately numbering Joint Exhibits, Plaintiff's Exhibits, and Defendant's Exhibits.)

4. Each party's witnesses and the subject matter of the witness's testimony. (PLEASE NOTE: IF YOU WILL BE USING VIDEO EQUIPMENT TO PRESENT THE TESTIMONY OF A WITNESS, YOU MUST EITHER SUPPLY THAT EQUIPMENT OR REQUEST AT LEAST TWO WEEKS BEFORE TRIAL THAT THE COURT RESERVE EQUIPMENT FOR YOU)

5. Unusual issues - contentions and authority.

6. Proposed voir dire questions, requests for jury instructions, and a proposed jury verdict form. Counsel shall make a good faith effort to agree upon as many of these items as possible. ( THESE ITEMS ARE TO BE SUBMITTED ON DISK (WORDPERFECT IF POSSIBLE) AS WELL AS IN HARD COPY.)

7. The signed approval of trial counsel for each party.

IT SHALL BE THE RESPONSIBILITY OF PLAINTIFF'S COUNSEL TO CIRCULATE A DRAFT OF THIS PRETRIAL STIPULATION AT LEAST ONE WEEK BEFORE IT IS DUE.