IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MARLENE VARANAVAGE          :       CIVIL ACTION
                                   :
       v.                        :
                                   :       NO.  02-8353
EMERY AIRFREIGHT CORPORATION,    :
et al.                               :


O R D E R


       **AND NOW, TO WIT:** This 22nd  day of September, 2003,
it having been reported that the issues between the parties in the above action have been settled
and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of
Civil Procedure of this Court (effective January 1, 1970), it is

       **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to
agreement of counsel without costs.




       **MICHAEL E. KUNZ**, Clerk of Court



       **BY:**_____
                  Deborah Fetters
                  Deputy Clerk




Civ 2 (7/83)
41.1(b)